# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:18–cv–05693–SJO–SS

| | |
|---|---|
| Ramanitharan Rajaram v. REV Group, Inc. et al | Date Filed: 06/27/2018 |
| Assigned to: Judge S. James Otero | Date Terminated: 08/09/2018 |
| Referred to: Magistrate Judge Suzanne H. Segal | Jury Demand: Plaintiff |
| Cause: 15:77 Securities Fraud | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Ramanitharan Rajaram**
*Individually and On Behalf of All Others Similarly Situated*

represented by **Lesley F Portnoy**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: LPortnoy@glancylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Henry Linehan**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: clinehan@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Lionel Zevi Glancy**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–432–1495
Email: lglancy@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Robert Vincent Prongay**
Glancy Prongay and Murray LLP
1925 Century Park East Suite 2100
Los Angeles, CA 90067
310–201–9150
Fax: 310–201–9160
Email: rprongay@glancylaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **REV Group, Inc.** | represented by | **Anne Johnson Palmer** <br> Ropes and Gray LLP <br> Three Embarcadero Center 24th Floor <br> San Francisco, CA 94111 <br> 415−315−6300 <br> Fax: 415−315−6350 <br> Email: anne.johnsonpalmer@ropesgray.com <br> *ATTORNEY TO BE NOTICED* |
| | | **David I Hurwitz** <br> Bird Marella Boxer Wolpert Nessim Drooks Lincenberg & Rhow <br> 1875 Century Park East Suite 2300 <br> Los Angeles, CA 90067 <br> 310−201−2100 <br> Fax: 310−201−2110 <br> Email: dih@birdmarella.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Paul S Chan** <br> Bird Marella Boxer Wolpert Nessim Drooks Lincenberg Rhow PC <br> 1875 Century Park East 23rd Floor <br> Los Angeles, CA 90067−2561 <br> 310−201−2100 <br> Fax: 310−201−2110 <br> Email: pchan@birdmarella.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Randall W Bodner** <br> Ropes and Gray LLP <br> 800 Boylston Street <br> Boston, MA 02199 <br> 617−951−7000 <br> Fax: 617−951−7050 <br> Email: randall.bodner@ropesgray.com <br> *PRO HAC VICE* <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Timothy W. Sullivan** | represented by | **Anne Johnson Palmer** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **David I Hurwitz** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Paul S Chan** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Randall W Bodner** <br> (See above for address) |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dean J. Nolden** represented by **Anne Johnson Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Randall W Bodner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas B. Phillips** represented by **Anne Johnson Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Paul Bamatter** represented by **Anne Johnson Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Marie Canan** represented by **Anne Johnson Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dino Cusumano**  represented by  **Anne Johnson Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Dutil**  represented by  **Anne Johnson Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Justin Fish**  represented by  **Anne Johnson Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joel Rotroff**  represented by  **Anne Johnson Palmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David I Hurwitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul S Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

           **David I Hurwitz**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

           **Paul S Chan**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Marvin**    represented by    **Anne Johnson Palmer**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

           **David I Hurwitz**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

           **Paul S Chan**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

**Goldman Sachs and Co. LLC**    represented by    **David I Hurwitz**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Stanley and Co. LLC**    represented by    **David I Hurwitz**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

**Robert W. Baird and Co. Incorporated**    represented by    **David I Hurwitz**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

**Credit Suisses Securities USA LLC**    represented by    **David I Hurwitz**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank Securities Inc.**    represented by    **David I Hurwitz**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

**Jefferies LLC**    represented by    **David I Hurwitz**
           (See above for address)
           *ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Securities, LLC**                 represented by     **David I Hurwitz**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**BMO Capital Markets Corp.**                   represented by     **David I Hurwitz**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Stifel, Nicolaus and Company, Incorporated**  represented by     **David I Hurwitz**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2018 | 1 | COMPLAINT Receipt No: 0973−22004548 – Fee: $400, filed by Plaintiff Ramanitharan Rajaram. (Attorney Lesley F Portnoy added to party Ramanitharan Rajaram(pty:pla))(Portnoy, Lesley) (Entered: 06/27/2018) |
| 06/27/2018 | 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Ramanitharan Rajaram. (Portnoy, Lesley) (Entered: 06/27/2018) |
| 06/27/2018 | 3 | CIVIL COVER SHEET filed by Plaintiff Ramanitharan Rajaram. (Portnoy, Lesley) (Entered: 06/27/2018) |
| 06/27/2018 | 4 | NOTICE of Interested Parties filed by Plaintiff Ramanitharan Rajaram, (Portnoy, Lesley) (Entered: 06/27/2018) |
| 06/28/2018 | 5 | NOTICE OF ASSIGNMENT to District Judge Dolly M. Gee and Magistrate Judge Michael R. Wilner. (ghap) (Entered: 06/28/2018) |
| 06/28/2018 | 6 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (ghap) (Entered: 06/28/2018) |
| 06/28/2018 | 7 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Howard G Smith. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (ghap) (Entered: 06/28/2018) |
| 06/28/2018 | 8 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 2 . The following error(s) was found: Summons is not directed to the defendant(s). The defendants name must appear in the To:section of the summons. The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your request. (ghap) (Entered: 06/28/2018) |
| 06/28/2018 | 9 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Ramanitharan Rajaram. (Portnoy, Lesley) (Entered: 06/28/2018) |

| 06/28/2018 | ï 10 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants BMO Capital Markets Corp., Paul Bamatter, Jean Marie Canan, Credit Suisses Securities USA LLC, Dino Cusumano, Deutsche Bank Securities Inc., Charles Dutil, Justin Fish, Goldman Sachs and Co. LLC, Jefferies LLC, Kim Marvin, Morgan Stanley and Co. LLC, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Robert W. Baird and Co. Incorporated, Joel Rotroff, Stifel, Nicolaus and Company, Incorporated, Timothy W. Sullivan, Wells Fargo Securities, LLC. (ghap) (Entered: 06/28/2018) |
|---|---|---|
| 06/28/2018 | ï 11 | INITIAL STANDING ORDER upon filing of the complaint by Judge Dolly M. Gee. (kti) (Entered: 06/28/2018) |
| 07/05/2018 | ï 12 | NOTICE of Interested Parties filed by Defendants Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles Dutil, Justin Fish, Kim Marvin, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Joel Rotroff, Timothy W. Sullivan, identifying Goldman Sachs & Co. LLC; BMO Capital Markets Corp.; Jefferies LLC; Stifel, Nicolaus & Company, Incorporated; Morgan Stanley & Co. LLC; Robert W. Baird & Co., Incorporated; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities, Inc.; Wells Fargo Securities, LLC; Allianz Global Risks US Insurance Company; AIP Entities (American Industrial Partners Capital Fund IV, LP; American Industrial Partners Capital Fund IV (Parallel), LP). (Attorney David I Hurwitz added to party Paul Bamatter(pty:dft), Attorney David I Hurwitz added to party Jean Marie Canan(pty:dft), Attorney David I Hurwitz added to party Dino Cusumano(pty:dft), Attorney David I Hurwitz added to party Charles Dutil(pty:dft), Attorney David I Hurwitz added to party Justin Fish(pty:dft), Attorney David I Hurwitz added to party Kim Marvin(pty:dft), Attorney David I Hurwitz added to party Dean J. Nolden(pty:dft), Attorney David I Hurwitz added to party Thomas B. Phillips(pty:dft), Attorney David I Hurwitz added to party REV Group, Inc.(pty:dft), Attorney David I Hurwitz added to party Joel Rotroff(pty:dft), Attorney David I Hurwitz added to party Timothy W. Sullivan(pty:dft))(Hurwitz, David) (Entered: 07/05/2018) |
| 07/05/2018 | ï 13 | NOTICE of Related Case(s) filed by Defendants Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles Dutil, Justin Fish, Kim Marvin, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Joel Rotroff, Timothy W. Sullivan. Related Case(s): 2:18−cv−05095 (Hurwitz, David) (Entered: 07/05/2018) |
| 07/05/2018 | ï 14 | Notice of Appearance or Withdrawal of Counsel: for attorney Paul S Chan counsel for Defendants Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles Dutil, Justin Fish, Kim Marvin, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Joel Rotroff, Timothy W. Sullivan. Adding Defendants as counsel of record for REV Group, Inc.,; Timothy W. Sullivan; Dean J. Nolden; Thomas B. Phillips; Paul Bamatter; Jean Marie Canan; Dino Cusumano; Charles Dutil; Justin Fish; Kim Marvin; Joel Rotroff for the reason indicated in the G−123 Notice. Filed by Defendants REV Group, Inc.; Timothy W. Sullivan; Dean J. Nolden; Thomas B. Phillips; Paul Bamatter; Jean Marie Canan; Dino Cusumano; Charles Dutil; Justin Fish; Kim Marvin; Joel Rotroff. (Attorney Paul S Chan added to party Paul Bamatter(pty:dft), Attorney Paul S Chan added to party Jean Marie Canan(pty:dft), Attorney Paul S Chan added to party Dino Cusumano(pty:dft), Attorney Paul S Chan added to party Charles Dutil(pty:dft), Attorney Paul S Chan added to party Justin Fish(pty:dft), Attorney Paul S Chan added to party Kim Marvin(pty:dft), Attorney Paul S Chan added to party Dean J. Nolden(pty:dft), Attorney Paul S Chan added to party Thomas B. Phillips(pty:dft), Attorney Paul S Chan added to party REV Group, Inc.(pty:dft), Attorney Paul S Chan added to party Joel Rotroff(pty:dft), Attorney Paul S Chan added to party Timothy W. Sullivan(pty:dft))(Chan, Paul) (Entered: 07/05/2018) |
| 07/05/2018 | ï 15 | Notice of Appearance or Withdrawal of Counsel: for attorney Anne Johnson Palmer counsel for Defendants Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles Dutil, Justin Fish, Kim Marvin, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Joel Rotroff, Timothy W. Sullivan. Adding Anne Johnson Palmer as counsel of record for REV Group, Inc., Timothy W. Sullivan, Dean J. Nolden, Thomas B. Phillips, Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles |

| | | |
|---|---|---|
| | | Dutil, Justin Fish, Kim Marvin, Joel Rotroff for the reason indicated in the G−123 Notice. Filed by Defendant Anne Johnson Palmer. (Attorney Anne Johnson Palmer added to party Paul Bamatter(pty:dft), Attorney Anne Johnson Palmer added to party Jean Marie Canan(pty:dft), Attorney Anne Johnson Palmer added to party Dino Cusumano(pty:dft), Attorney Anne Johnson Palmer added to party Charles Dutil(pty:dft), Attorney Anne Johnson Palmer added to party Justin Fish(pty:dft), Attorney Anne Johnson Palmer added to party Kim Marvin(pty:dft), Attorney Anne Johnson Palmer added to party Dean J. Nolden(pty:dft), Attorney Anne Johnson Palmer added to party Thomas B. Phillips(pty:dft), Attorney Anne Johnson Palmer added to party REV Group, Inc.(pty:dft), Attorney Anne Johnson Palmer added to party Joel Rotroff(pty:dft), Attorney Anne Johnson Palmer added to party Timothy W. Sullivan(pty:dft))(Palmer, Anne) (Entered: 07/05/2018) |
| 07/09/2018 | ï16 | APPLICATION of Non−Resident Attorney Paul S. Chan to Appear Pro Hac Vice on behalf of Defendants Dean J. Nolden, REV Group, Inc., Timothy W. Sullivan (Pro Hac Vice Fee − $400 Fee Paid, Receipt No. 0973−22059297) filed by Defendants Dean J. Nolden, REV Group, Inc., Timothy W. Sullivan. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Proposed Order) (Chan, Paul) (Entered: 07/09/2018) |
| 07/09/2018 | ï17 | APPLICATION of Non−Resident Attorney Randall W. Bodner to Appear Pro Hac Vice on behalf of Defendants Dean J. Nolden, REV Group, Inc., Timothy W. Sullivan (Pro Hac Vice Fee − $400.00 Previously Paid on 7/9/2018, Receipt No. 26ARO653) filed by Defendants Dean J. Nolden, REV Group, Inc., Timothy W. Sullivan. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Proposed Order) (Chan, Paul) (Entered: 07/09/2018) |
| 07/10/2018 | ï18 | NOTICE of Deficiency in Electronically Filed Pro Hac Vice Application RE: APPLICATION of Non−Resident Attorney Paul S. Chan to Appear Pro Hac Vice on behalf of Defendants Dean J. Nolden, REV Group, Inc., Timothy W. Sullivan (Pro Hac Vice Fee − $400 Fee Paid, Receipt No. 0973−22059297) 16 . The following error(s) was/were found: Name on docket entry was incorrect and duplicate PHV application filed with 17 using correct name on docket. (lt) (Entered: 07/10/2018) |
| 07/12/2018 | ï19 | PROOF OF SERVICE Executed by Plaintiff Ramanitharan Rajaram, upon Defendant REV Group, Inc. served on 7/10/2018, answer due 7/31/2018. Service of the Summons and Complaint were executed upon Registered Agent for Defendant REV Group, Inc. in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity.Original Summons NOT returned. (Portnoy, Lesley) (Entered: 07/12/2018) |
| 07/13/2018 | ï20 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16−05−Related Case− filed. Related Case No: 2:18−cv−05095 SJO(SSx). Case transferred from Judge Dolly M. Gee and Magistrate Judge Michael R. Wilner to Judge S. James Otero and Magistrate Judge Suzanne H. Segal for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:18−cv−05693 SJO(SSx). Signed by Judge S. James Otero (rn) (Entered: 07/13/2018) |
| 07/19/2018 | ï21 | ORDER by Judge S. James Otero: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: APPLICATION of Non−Resident Attorney Paul S. Chan to Appear Pro Hac Vice on behalf of Defendants Dean J. Nolden, REV Group, Inc., Timothy W. Sullivan (Pro Hac Vice Fee − $400 Fee Paid, Receipt No. 0973−22059297) 16 , for the following reasons: Name on docket entry was incorrect and duplicate PHV application filed with 17 using correct name on docket. (lc) (Entered: 07/19/2018) |
| 07/19/2018 | ï22 | ORDER GRANTING APPLICATION of Non−Resident Attorney Randall W. Bodner to Appear Pro Hac Vice on behalf of Defendants Dean J. Nolden, REV Group, Inc., Timothy W. Sullivan and designating Paul S. Chan as local counsel 17 by Judge S. James Otero (lc) (Entered: 07/19/2018) |
| 07/26/2018 | ï23 | INITIAL STANDING ORDER upon filing of the complaint by Judge S. James Otero. (vcr) (Entered: 07/26/2018) |
| 07/27/2018 | ï24 | |

| | | |
|---|---|---|
| | | STIPULATION for Order SUSPENDING DEADLINE TO RESPOND TO COMPLAINT filed by Defendants BMO Capital Markets Corp., Paul Bamatter, Jean Marie Canan, Credit Suisses Securities USA LLC, Dino Cusumano, Deutsche Bank Securities Inc., Charles Dutil, Justin Fish, Goldman Sachs and Co. LLC, Jefferies LLC, Kim Marvin, Morgan Stanley and Co. LLC, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Robert W. Baird and Co. Incorporated, Joel Rotroff, Stifel, Nicolaus and Company, Incorporated, Timothy W. Sullivan, Wells Fargo Securities, LLC. (Attachments: # 1 Proposed Order)(Attorney David I Hurwitz added to party BMO Capital Markets Corp.(pty:dft), Attorney David I Hurwitz added to party Credit Suisses Securities USA LLC(pty:dft), Attorney David I Hurwitz added to party Deutsche Bank Securities Inc.(pty:dft), Attorney David I Hurwitz added to party Goldman Sachs and Co. LLC(pty:dft), Attorney David I Hurwitz added to party Jefferies LLC(pty:dft), Attorney David I Hurwitz added to party Morgan Stanley and Co. LLC(pty:dft), Attorney David I Hurwitz added to party Robert W. Baird and Co. Incorporated(pty:dft), Attorney David I Hurwitz added to party Stifel, Nicolaus and Company, Incorporated(pty:dft), Attorney David I Hurwitz added to party Wells Fargo Securities, LLC(pty:dft))(Hurwitz, David) (Entered: 07/27/2018) |
| 07/27/2018 | Ï 25 | NOTICE OF ERRATA filed by Defendants Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles Dutil, Justin Fish, Kim Marvin, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Joel Rotroff, Timothy W. Sullivan. correcting Stipulation for Order,,,,, 24 (Hurwitz, David) (Entered: 07/27/2018) |
| 07/31/2018 | Ï 26 | ORDER GRANTING Stipulation Suspending Deadline to Respond to Complaint 24 by Judge S. James Otero. (SEE ATTACHMENT ORDER FOR FURTHER DETAILS). (jp) (Entered: 07/31/2018) |
| 08/09/2018 | Ï 27 | STIPULATION for Order Granting Stipulation Extending Deadline to Respond to Complaint filed by defendants Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles Dutil, Justin Fish, Kim Marvin, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Joel Rotroff, Timothy W. Sullivan. (Attachments: # 1 Proposed Order)(Hurwitz, David) (Entered: 08/09/2018) |
| 08/09/2018 | Ï 28 | STIPULATION to Change Venue to EASTERN DISTRICT OF WISCONSIN filed by Defendants Paul Bamatter, Jean Marie Canan, Dino Cusumano, Charles Dutil, Justin Fish, Kim Marvin, Dean J. Nolden, Thomas B. Phillips, REV Group, Inc., Joel Rotroff, Timothy W. Sullivan. (Attachments: # 1 Proposed Order)(Hurwitz, David) (Entered: 08/09/2018) |
| 08/09/2018 | Ï 29 | ORDER GRANTING STIPULATION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF WISCONSIN by Judge S. James Otero. IT IS HEREBY ORDERED that: 1. The Stipulation is granted. The Clerk of Court shall transfer this action to the United States District Court for the Eastern District of Wisconsin. Original file, certified copy of the transfer order and docket sheet sent. (MD JS−6. Case Terminated.) (lom) (Entered: 08/10/2018) |